**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Coach IP Holdings, LLC, Coach Services, Inc. and Tapestry, Inc., | |
| Plaintiffs, | Civil Action No.  23-cv-10612 |
| -against- | |
| ACS Group Acquisitions LLC | |
| Defendant. | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Case-Mate, Inc.

Date: December 8, 2023

Nelson Mullins Riley & Scarborough, LLP

By: */s/ Nicole Phe*
       Nicole Phe

330 Madison Avenue, 27th Floor
New York, New York 10017
Tel: (212) 413-9000
Nicole.phe@nelsonmullins.com
*Attorneys for Case-Mate, Inc.*

4857-8699-3814 v.1