

**BRYAN CAVE LEIGHTON PAISNER LLP**
1700 Lincoln Street  Suite 4100
Denver  CO  80203 4541
T: +1 303 861 7000
F: +1 303 866 0200
bclplaw.com

February 26, 2024

Timothy R. Beyer
Partner
Direct:  +1 303 866 0481
tim.beyer@bclplaw.com

Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

<u>Via ECF</u>

> Application **GRANTED**.  The initial pretrial conference scheduled for **March 6, 2024**, is adjourned to **March 20, 2024, at 4:00 P.M.**  At that time, the parties shall call 888-363-4749 and enter the access code 558-3333.  The deadline for the parties to file the joint letter and proposed case management plan is extended to **March 13, 2024**.
>
> Dated: February 27, 2024
>    New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**Re:** *Coach IP Holdings, LLC et al. v. ACS Group Acquisition LLC et al. – 1:23-cv-10612-LGS – Request for Adjournment of Initial Conference and Extension of Time to Submit Proposed Civil Case Management Plan*

Dear Judge Schofield:

We write on behalf of Plaintiffs Coach IP Holdings, LLC, Coach Services, Inc., and Tapestry, Inc. (collectively, "Coach") to request a brief extension of time to submit the joint letter and proposed civil case management plan, as well as a short adjournment of the initial conference. The current deadline for the submission of a joint letter and proposed civil case management plan is February 28, 2024 and the initial conference is currently scheduled for March 6, 2024. Coach seeks to adjourn the initial conference to March 18th, 19th, 20th, or to any other date that is convenient for the Court. Coach seeks to submit the joint letter and proposed civil case management plan one week prior to the rescheduled initial conference. This is Coach's first request for an extension of this deadline and conference.

Coach seeks an extension because Coach's counsel is currently focused on meeting other deadlines in the related actions, Case Nos. 1:23-cv-05409-LGS & 1:23-cv-05138-LGS, including meeting the upcoming March 8, 2024 document production deadline, finalizing certain deposition dates, addressing objections and responses to subpoenas, and working towards resolving disputes over 30(b)(6) notice topics.

Coach requested consent from Defendants Vinci Brands LLC and ACS Group Acquisition LLC and their respective counsels indicated that they do not oppose Coach's request.

Coach respectfully submits that the foregoing short extension and adjournment is reasonable and warranted under the circumstances. We thank the Court for its attention to this matter.

The Honorable Lorna G. Schofield
February 26, 2024
Page 2


Respectfully submitted,

**Timothy Beyer**
Partner

cc:      All Counsel Via ECF