UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
COACH IP HOLDINGS, LLC, et al.,

                Plaintiffs,                23-CV-10612 (LGS) (VF)

     -against-                          **ORDER**

ACS GROUP ACQUISITION LLC, et al.,

                Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

     A conference in this matter to discuss the issues raised in ECF No. 123 is hereby scheduled for **Thursday, August 29, 2024 at 1:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

     SO ORDERED.

DATED:    New York, New York
             August 9, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge