UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Coach IP Holdings, LLC, Coach Services, Inc., and Tapestry, Inc.,<br><br>  Plaintiffs,<br><br> v.<br><br>ACS Group Acquisitions LLC and Vinci Brands LLC,<br><br>  Defendants,<br><br> v.<br><br>Vinci Brands LLC,<br><br>  Counterclaimant,<br><br> v.<br><br>Coach Services Inc. and Case-Mate, Inc.,<br><br>  Counter-Defendants. | Civil Action No. 1:23-cv-10612-LGS |

**ORDER TO FILE UNDER SEAL**

Upon Vinci Brands LLC's Motion for Leave to File Exhibit A to Declaration of Michael A. Vatis, filed this 23rd day of August, 2024 (the "Motion to Seal") it is hereby:

**ORDERED** that Exhibit A is designated for temporary sealing, with viewing rights restricted to the persons identified in the Appendix until September 25, 2024. If Case-Mate would like this information to remain under seal permanently, it is directed to submit a showing under <u>Lugosch v. Pyramid Co. of Onondaga</u>, 435 F.3d 110 (2d Cir. 2006). The Clerk of Court is directed to retain the viewing restrictions on ECF No. 140 until September 25, 2024 and terminate the motion at ECF No. 138.

Dated: August _27_, 2024

                   _____
                   United States Magistrate Judge