UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:  
COACH IP HOLDINGS, LLC et al, :
       Plaintiffs, :
:   22 Civ. 10612 (LGS)
    -against- :
:   **ORDER**
ACS GROUP ACQUISITION LLC, :
       Defendant. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, on December 8, 2023, Plaintiffs Coach IP Holdings, LLC, Coach Services, Inc. and Tapestry, Inc. (collectively, "Coach") moved to seal (1) the license agreement (the "Coach License Agreement"), dated January 7, 2019, between Coach Services, Inc. and Incipio, LLC, the predecessor of Vinci Brands LLC ("Vinci"), (2) the loan and security interest agreement (the "Monroe Loan Agreement"), dated August 6, 2021, between Vinci and Monroe Capital Management Advisors, LLC ("Monroe") and (3) the Intercreditor Agreement, dated August 6, 2021, between Siena Lending Group LLC and Monroe, in their entirety;

  WHEREAS, on August 27, 2024, the motion to seal was granted in part as to the Coach License Agreement and denied in part without prejudice to renewal as to the Monroe Loan Agreement and the Intercreditor Agreement;

  WHEREAS, Coach was directed to meet and confer with the parties that have interests in confidentiality of the Monroe Loan Agreement and the Intercreditor Agreement (the "Interested Parties") and file any argument raised by the Interested Parties justifying confidentiality, by September 20, 2024;

  WHEREAS, by September 20, 2024, no such argument was filed.  It is hereby

**ORDERED** that the seal over Monroe Loan Agreement and the Intercreditor Agreement shall be lifted.

The Clerk of Court is respectfully directed to make public the sealed document at Dkt. Nos. 15-1 and 15-2.

Dated: September 30, 2024
       New York, New York

                                      **LORNA G. SCHOFIELD**
                                      **UNITED STATES DISTRICT JUDGE**