**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
COACH IP HOLDINGS, LLC, et al.,

                      Plaintiffs,                 **23-CV-10612 (LGS) (VF)**

        -against-                           **ORDER**

ACS GROUP ACQUISITION LLC, et al.,

                      Defendants.
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

      Motions seeking provisional sealing of certain documents were filed at ECF Nos. 150 and

157. To date, no party has moved to permanently seal the documents that are the subject of the

motions. Any party interested in permanently sealing any of the provisionally sealed documents

that are the subject of the motions at ECF Nos. 150 and 157 are directed to file a letter motion to

seal and make a showing under Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir.

2006) by **March 31, 2025**. If no party files a letter motion making a showing under Lugosch, the

documents will be unsealed. The Clerk of Court is directed to terminate the gavels at ECF Nos.

150 and 157.

     **SO ORDERED.**

DATED:     New York, New York
             February 21, 2025

                                   _____
                                   VALERIE FIGUEREDO
                                   United States Magistrate Judge