UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Coach IP Holdings, LLC, Coach Services, Inc., and Tapestry, Inc., <br>          Plaintiffs, <br>     v. <br> ACS Group Acquisitions LLC and Vinci Brands LLC, <br>          Defendants, <br>     v. <br> Vinci Brands LLC, <br>          Counterclaimant, <br>     v. <br><br> Coach Services Inc., Case-Mate, Inc., and CM Brands LLC, <br><br> Counter-Defendants, | Civil Action No. 1:23-cv-10612-LGS |

**NOTICE OF MOTION TO WITHDRAW OF ADAM B. STERN AS COUNSEL FOR COACH IP HOLDINGS, LLC, COACH SERVICES, INC., AND TAPESTRY, INC.**

PLEASE TAKE NOTICE that pursuant to Local Rule 1.4, Adam B. Stern, an attorney for Coach IP Holdings, LLC, Coach Services, Inc., and Tapestry, Inc. (the "Coach Parties"), respectfully requests that the Court permit him to withdraw from representing the Coach Parties because he is departing the firm Bryan Cave Leighton Paisner LLP ("BCLP") on March 31, 2025. The Coach Parties will continue to be represented by several other attorneys from BCLP and will not be prejudiced by Mr. Stern's withdrawal. Accordingly, Mr. Stern respectfully asks the Court to enter an order granting his motion to withdraw.

1

Dated: New York, New York
      March 14, 2025

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: /s/ *Adam B. Stern*
Adam B. Stern
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541
(303) 866-0481
adam.stern@bclplaw.com