UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Coach IP Holdings, LLC, Coach Services, Inc., and Tapestry, Inc., <br>       Plaintiffs, <br>    v. <br> ACS Group Acquisitions LLC and Vinci Brands LLC, <br>       Defendants, <br>    v. <br> Vinci Brands LLC, <br>       Counterclaimant, <br>    v. <br><br> Coach Services Inc., Case-Mate, Inc., and CM Brands LLC, <br><br> Counter-Defendants, | Civil Action No. 1:23-cv-10612-LGS |

## **PROPOSED ORDER**

AND NOW, this 17th day of March, 2025, upon review and consideration of the Notice of Motion to Withdraw of Adam B. Stern as Counsel for Coach IP Holdings, LLC, Coach Services, Inc., and Tapestry, Inc. ("Motion"), it is ORDERED and DECREED that the Motion is GRANTED and that the Clerk of the Court shall terminate the appearance of Adam B. Stern so that he no longer receives CM/ECF notices.

BY THE COURT:

_____
Hon. Valerie Figueredo
Dated: 3/17/2025

The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 182.