**BRYAN CAVE LEIGHTON PAISNER**

BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street Suite 4100
Denver CO 80203 4541
T: +1 303 861 7000
F: +1 303 866 0200
bclplaw.com

July 12, 2024

Timothy R. Beyer
Partner
Direct: +1 303 866 0481
tim.beyer@bclplaw.com

Honorable Lorna G. Schofield
United States District Court Judge, S.D.N.Y.
40 Foley Square
New York, NY 10007

<u>Via ECF</u>

Re: *Coach IP Holdings, LLC v. ACS Group Acquisition LLC et al.* – Case No. Case 1:23-CV-10612-LGS – <u>Letter Motion to Seal</u>

Dear Judge Schofield:

Pursuant to Your Honor's Individual Rule I.D.3, Coach IP Holdings, LLC, Coach Services, Inc. and Tapestry, Inc. ("Coach") respectfully request Your Honor's approval to file, under seal, excerpts of the Memorandum of Law in Support of Coach's Motion to Dismiss Vinci Brands LLC Amended Counterclaims ("Memorandum").

Coach seeks to seal portions of the Memorandum which quote the License Agreement, between Coach IP Holdings, LLC, Tapestry, Inc. and Vinci Brands LLC, ECF No. 13-1 (the "License Agreement"). The License Agreement is already the subject of a pending motion to seal before Your Honor. ECF Nos. 11-16. Based on these considerations, Coach seeks to file portions of the Memorandum under seal pending Your Honor's order on the motion to seal. A copy of the unsealed Memorandum, with proposed redactions highlighted, is attached hereto as <u>Exhibit A.</u> Access to the unsealed Memorandum has been provided to all parties which have filed a notice of appearance in this action.

We thank the Court for its attention to this matter.

Respectfully Submitted,

Timothy R. Beyer

Application **GRANTED**. The referenced memorandum of law may be filed with the proposed redactions. The unredacted version of the memorandum of law has been filed at Dkt. 116.

Dated: March 31, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE