UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Coach IP Holdings, LLC, Coach Services, Inc., and Tapestry, Inc., <br>       Plaintiffs, <br>     v. <br> ACS Group Acquisitions LLC, Vinci Brands LLC, Onward Brand, LLC, Charles Tebele, and Sam "Sonny" Haddad, <br>       Defendants, <br>   and <br> Vinci Brands LLC, <br>       Counterclaimant, <br>     v. <br> Coach Services, Inc. and Case-Mate, Inc. <br>       Counter-Defendants. | Civil Action No. 1:23-cv-10612-LGS-VF <br><br> Hon. Lorna G. Schofield, U.S.D.J. <br> Hon. Valerie Figueredo, U.S.M.J. |

## ORDER TO FILE UNDER SEAL

Upon Vinci Brands LLC's March 31, 2024, Motion to File Under Seal, it is hereby **ORDERED** that Exhibits B, C, D, and E annexed to the Declaration of Timothy R. Beyer, dated September 10, 2024 (ECF 151), be filed under permanent seal, with viewing rights limited to the persons identified in the Appendix to the Motion to Seal at ECF No. 188. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 187.

Dated: April 2, 2024

                                                        Hon. Valerie Figueredo
                                                        United States Magistrate Judge