

March 31, 2025

Timothy R. Beyer
Partner
Direct: +1 303 866 0481
tim.beyer@bclplaw.com

BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street  Suite 4100
Denver  CO  80203 4541
T: +1 303 861 7000
F: +1 303 866 0200

bclplaw.com

Hon. Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse, S.D.N.Y.
500 Pearl Street
New York, NY 10007

**<u>Via ECF</u>**

Re:   *Coach IP Holdings, LLC v. ACS Group Acquisition LLC et al.* – **Case No. Case 1:23-CV-10612-LGS – Letter Motion to Seal**

Dear Judge Figueredo:

Pursuant to ECF 181, Coach IP Holdings, LLC, Coach Services, Inc. and Tapestry, Inc. ("Coach") respectfully request Your Honor's approval to permanently seal Exhibit E to ECF 157, under seal at ECF 158-3 (the "Coach License Agreement").

The Coach License Agreement was previously the subject of a motion to seal before Hon. Schofield in this action. *See* ECF 11-16. Hon. Schofield decided that the Coach License Agreement merited permanent sealing. ECF No. 142 ("While the presence of a confidentiality clause in the Coach License Agreement alone is insufficient to overcome the presumption of public access, *see Bernsten v. O'Reilly*, 307 F. Supp. 3d 161, 168 (S.D.N.Y. 2018), Coach has sufficiently demonstrated the competitive business interests that outweigh the presumption of access….[T]he motion to seal is granted [] as to the Coach License Agreement").

Based on this previous order, Coach seeks to permanently seal the copy of the Coach License Agreement filed by Vinci as Exhibit E to ECF 157, under seal at ECF 158-3.

We thank the Court for its attention to this matter.

Respectfully Submitted,

*Timothy R. Beyer*

Timothy R. Beyer

---

**MEMO ENDORSED**

*[signature]*

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 5/6/25

The motion to seal is GRANTED for the reasons set forth in the Court's order at ECF No. 142. The Clerk of Court is respectfully directed to (1) maintain the viewing restrictions on ECF No. 158-3 and (2) terminate the motion at ECF No. 185.