UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                            :
COACH IP HOLDINGS, LLC, et al.,            :
                               Plaintiffs,   :
                                                            :     23 Civ. 10612 (LGS)
                       -against-                       :
                                                            :           **ORDER**
ACS GROUP ACQUISITION LLC, et. al,    :
                               Defendants.   :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, a conference is scheduled for July 16, 2025, at 3:00 P.M.  It is hereby

        ORDERED that the conference is adjourned sine die until discovery is completed.

Dated: July 10, 2025
          New York, New York

                                                **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**