UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
COACH IP HOLDINGS, LLC, et al.,

                Plaintiffs,                23-CV-10612 (LGS) (VF)

      -against-                            **ORDER**

ACS GROUP ACQUISITION LLC, et al.,

                Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

      Case-Mate filed a letter motion requesting to seal two exhibits. ECF No. 224. Case-Mate was directed to file a letter with case law to support sealing or redactions for the exhibits by August 25, 2025. See ECF No. 227. Case-Mate did not file a letter.

      Additionally, Coach filed a letter motion requesting to seal portions of its memorandum of law and related exhibits on behalf of Case-Mate. ECF No. 219. Case-Mate was directed to make a showing under Lugosh v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006) to permanently seal the information by August 25, 2025. ECF No. 228. Case-Mate did not make such a showing.

      Accordingly, the Clerk of the Court is respectfully directed to unseal the documents at ECF Nos. 220, 221-2, 221-3, 226-1, and 226-2. The Clerk of the Court is also respectfully directed to terminate the motion at ECF No. 224.

    SO ORDERED.

DATED:    New York, New York
             October 3, 2025

                                                 _____
                                                 VALERIE FIGUEREDO
                                                 United States Magistrate Judge