UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
COACH IP HOLDINGS, LLC, et al.,

                        Plaintiffs,                        23-CV-10612 (LGS) (VF)

      -against-                                  **ORDER**

ACS GROUP ACQUISITION LLC, et al.,

                        Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Vinci filed a letter motion requesting to seal its reply memorandum and an exhibit. ECF No. 233. KSNY was directed to make a showing under Lugosh v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006) to permanently seal the information by September 30, 2025. ECF No. 236. KSNY did not make such a showing.

      Accordingly, the Clerk of the Court is respectfully directed to unseal the documents at ECF Nos. 234, 234-1, and 235.

      SO ORDERED.

DATED:     New York, New York
               October 20, 2025

                                                      _____
                                                        VALERIE FIGUEREDO
                                                        United States Magistrate Judge