**NELSON MULLINS**

Erika C. Birg
T: 404.322.6110
**erika.birg@nelsonmullins.com**

**MEMO ENDORSED**

**HON. VALERIE FIGUEREDO**
**UNITED STATES MAGISTRATE JUDGE**

**Dated: December 12, 2025**

Pursuant to the Court's order at ECF No. 142, the motion to seal is GRANTED. The Clerk of the Court is respectfully directed to close the motion at ECF No. 200.

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court for the
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

> RE:   *Coach IP Holdings, LLC, et al. v. ACS Group Acquisitions LLC, et al.,*
>        Civil Action No. 1:23-cv-10612-LGS-VF
>        *Case Mate's Letter Motion to Seal*

Dear Judge Schofield:

Case-Mate, Inc. ("Case-Mate") respectfully requests Your Honor's approval to file under provisional seal: (1) the June 5, 2023 Asset Purchase Agreement ("APA") between Vinci Brands LLC ("Vinci") and Onwards Brands LLC ("Onward"), attached as Exhibit A to Case-Mate's Letter Motion for Leave to Move for Summary Judgment [ECF 199 ("MSJ Letter Motion")]; and (2) the unredacted version of Case-Mate's MSJ Letter Motion.

Case-Mate seeks to provisionally seal the APA and its MSJ Letter Motion to allow Vinci and Onward an opportunity to move to seal those documents, should they wish to do so. The APA is designated as "Confidential"[1] pursuant to the Stipulation and Confidentiality Agreement and Order [ECF 106] (the "Confidentiality Stipulation") in this case. In light of this designation and to ensure its compliance with the Confidentiality Stipulation, Case-Mate redacted reference to the language of the APA[2] in its MSJ Letter Motion.

Case-Mate is submitting herewith the APA and an unredacted version of its MSJ Letter Motion for the Court's consideration.

---

[1] Vinci initially produced the APA with a designation of "Highly Confidential – Attorneys' Eyes Only." But, pursuant to this Court's October 22, 2024 Order [ECF 582] in the *Vinci Brands LLC v. Coach Services, Inc., et al,* No. 23-CV-5138-LGS-VF matter, the document was re-designated to "Confidential." Case-Mate notes the document still has the earlier designation in the bottom-left corner, but it has been changed to "Confidential."

[2] Case-Mate similarly redacted a reference to the Vinci-Coach License Agreement because the Court has permanently sealed that document. [*See* ECF 142.]

We thank the Court for its attention to this matter.

Respectfully submitted,


*/s/ Erika C. Birg*
Erika C. Birg
Counsel for Case-Mate, Inc.