**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
COACH IP HOLDINGS, LLC, et al.,

                            Plaintiffs,

               -against-

ACS GROUP ACQUISITION LLC, et al.,

                        Defendants.
-------------------------------------------------------------------X

**23-CV-10612 (LGS) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

A conference to discuss Vinci's motion to amend the answer and counterclaims at ECF No. 207 is hereby scheduled for **Wednesday, January 14, 2026 at 11:00 a.m.** Specifically, the Court would like to discuss the issue of personal jurisdiction over Keshav Mehta, Tua Pham, and Shashi Reddy. Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. **Please dial (646) 453-4442, passcode [183 708 570#].**

    **SO ORDERED.**

DATED:    New York, New York
              January 9, 2026

                                         _____
                                         VALERIE FIGUEREDO
                                         United States Magistrate Judge