UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
COACH IP HOLDINGS, LLC, et al.,

                     Plaintiffs,

          -against-

ACS GROUP ACQUISITION LLC, et al.,

                    Defendants.
-------------------------------------------------------------------X

**23-CV-10612 (LGS) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

Vinci filed a letter motion requesting to redact certain portions and seal an exhibit in connection with its filing at ECF No. 266. See ECF No. 267. Any party that wishes to maintain the redactions and sealing at ECF No. 266 is directed to make a showing pursuant to Lugosh v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006) by **January 30, 2026**.

    **SO ORDERED.**

DATED:    New York, New York
            January 23, 2026

                                _____
                                VALERIE FIGUEREDO
                                United States Magistrate Judge