**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
COACH IP HOLDINGS, LLC, et al.,

                        Plaintiffs,                  **23-CV-10612 (LGS) (VF)**

           -against-                          **ORDER**

ACS GROUP ACQUISITION LLC, et al.,

                        Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

       Vinci filed a letter motion requesting to redact its motion and seal exhibits in connection

with its filing at ECF No. 273. See ECF No. 264. Any party that wishes to maintain the

redactions and sealing at ECF No. 266 is directed to make a showing pursuant to Lugosh v.

Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006) by **February 6, 2026**.

      **SO ORDERED.**

DATED:     New York, New York
             February 2, 2026

                                     _____
                                     VALERIE FIGUEREDO
                                     United States Magistrate Judge