**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
COACH IP HOLDINGS, LLC, et al.,

<table>
<tr><td>Plaintiffs,</td><td><b>23-CV-10612 (LGS) (VF)</b></td></tr>
<tr><td>-against-</td><td><b><u>ORDER</u></b></td></tr>
<tr><td>ACS GROUP ACQUISITION LLC, et al.,</td><td></td></tr>
<tr><td>Defendants.</td><td></td></tr>
</table>

-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

On January 30, 2026, Vinci filed a letter motion to seal exhibits in connection with their motion to compel. <u>See</u> ECF No. 274. On February 2, 2026, the Court ordered any party who wished to maintain the sealing at ECF No. 275 to file a letter motion making a showing pursuant to <u>Lugosh v. Pyramid Co. of Onondaga</u>, 435 F.3d 110 (2d Cir. 2006) by February 6, 2026. ECF No. 278. No such showing was made.

The Clerk of the Court is respectfully directed to unseal the filings at ECF No. 275 and close the motion at ECF No. 274.

**SO ORDERED.**

DATED:    New York, New York
          March 5, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge