UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                   :
COACH IP HOLDINGS, LLC et al.,         :
                       Plaintiffs,   :
                                   :           23 Civ. 10612 (LGS)
         -against-              :
                                   :                 **ORDER**
ACS GROUP ACQUISITION LLC et al.,   :
                       Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 27, 2026, Magistrate Judge Figueredo issued an Opinion and Order (the "Opinion") (Dkt. 297) granting in part and denying in part the motion of Defendant Vinci Brands LLC ("Vinci") for leave to amend Vinci's November 22, 2024, Answer to the Second Amended Complaint of Plaintiffs Coach IP Holdings, LLC, Coach Services, Inc. and Tapestry, Inc.

WHEREAS, the Opinion, recommends, among other things, that Counterclaim Defendant CM Brands LLC ("CM Brands") be dismissed from the action without prejudice under Fed. R. Civ. P. 4(m) because Vinci as Counterclaim Plaintiff did not request a summons for CM Brands within ninety days of Vinci's filing its counterclaims against CM Brands. That recommendation is adopted. For the reasons stated in the Opinion, it is hereby

**ORDERED** that CM Brands is **DISMISSED** without prejudice.

The Clerk of Court is respectfully directed to terminate CM Brands LLC as a Counterclaim Defendant.

Dated: March 30, 2026
        New York, New York

                                         LORNA G. SCHOFIELD
                                 UNITED STATES DISTRICT JUDGE