UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
COACH IP HOLDINGS, LLC, et al.,

                      Plaintiffs,                **23-CV-10612 (LGS) (VF)**

          -against-                      **<u>ORDER</u>**

ACS GROUP ACQUISITION LLC, et al.,

                     Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

On March 17, 2026, Coach moved by letter motion for permission to depose the former VP of Sales and Strategic Partnerships of Vinci Brands, Mr. Paul Jaurequi. ECF No. 291. Defendants oppose the request. ECF No. 296. The deposition of Mr. Jaurequi would be Coach's eleventh deposition. It is within the court's discretion "to allow more than ten depositions if the party who is seeking discovery has shown why it is necessary." <u>Commodity Futures Trading Comm'n v. Commodity Ind. Grp., Inc.</u>, 2005 WL 3030816, at \*1 (S.D.N.Y. Nov. 10, 2005). Coach has demonstrated why it needs the deposition of Mr. Jaurequi. As Coach explains, Mr. Jaurequi, who has agreed to be deposed, is likely to have nonduplicative, relevant knowledge based on his unique position in sales for Vinci. Further, allowing the deposition to occur will not meaningfully delay the case, given that the parties are still in the midst of completing depositions and extended the fact discovery deadline to April 15, 2026 to accommodate those depositions. Accordingly, Coach's request for leave to depose Mr. Jaurequi is granted.

The Clerk of Court is respectfully directed to close the motion at ECF No. 291.

**SO ORDERED.**

DATED:    New York, New York
             April 7, 2026

                                     VALERIE FIGUEREDO
                                     United States Magistrate Judge